Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AERO SAFETY GRAPHICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TERRASLATE PAPER, LLC,<br><br>    Defendant. | Case No. 2:18-cv-01098-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO** |

This matter having come before the Court on the parties' Stipulated Motion to Transfer Action to the United States District Court for the District of Colorado, the Court being advised of the record, and good cause having been shown, IT IS HEREBY ORDERED that the motion is GRANTED and:

(1) This action is hereby transferred to the United States District Court for the District of Colorado, each party to bear its own costs and fees in connection with their jurisdictional dispute, and

(2) TerraSlate Paper, LLC's response to the First Amended Complaint shall be filed by the later of January 11, 2019, or seven days following the District of Colorado's receipt of this action.

Dated this 17 day of December 2018.

                                                            RICARDO S. MARTINEZ
                                                            CHIEF UNITED STATES DISTRICT JUDGE

Order Transferring Action
(2:18-cv-01098-RSM) - 1

HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Phone: (801) 799-5800

Presented by

*/s/Stephen G. Jones*
Stephen G. Jones #19334
*Attorneys for Defendant TerraSlate Paper, LLC*

*s/ Melvyn J. Simburg* (with permission)
Melvyn J. Simburg, WSBA #4773
*Attorneys for Plaintiff Aero Safety Graphics, Inc.*

11673660_1

Order Transferring Action
(2:18-cv-01098-RSM) - 2

HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Phone: (801) 799-5800